

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Matthew T. Minarik, | Case No. 25-10193-pmm |
| | Chapter 7 |
| *Debtor.* | |

## Exhibit B
## Declaration by Debtor in Support of Motion

1. I am the debtor in the above bankruptcy case.

2. I make this declaration in support of the Motion for Sanctions for Violation of the Automatic Stay by PPL Electric Utilities Corporation.

3. Since January 16, 2025, PPL has called me on the phone eleven times. Each time I answer, an automated message demands payment and explains how to make a payment.

4. On February 27, 2025, PPL sent me a service termination notice by mail. The notice threatened to shut off my electricity unless I paid $9,095.18 by April 3, 2025. I received the notice on March 7, 2025.

5. Filing for bankruptcy was a tough decision but I knew it would help in the long run. Every other company has been respectful and let the process proceed as it should.

6. PPL's threats to cut off my electricity have caused me significant stress and anxiety. My daughter suffers from chronic lung disease, and I worry constantly about the trauma she could experience if we lost power.

7. I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: March 24, 2025                     /s/ Matthew T. Minarik
                                         Matthew T. Minarik