**PPL Electric Utilities**
827 Hausman Road Allentown, PA 18104-9392
Tel. 800.358.6623  Fax 484.634.3713
pplelectric.com

**ppl**
PPL Electric Utilities

MB 01 004912 21176 H 12 A

MATTHEW THOMAS MINARIK
558 FRIENDSHIP DR
HONEY BROOK    PA 19344-1104


EXHIBIT C

February 27, 2025

# SERVICE TERMINATION NOTICE
(Aviso DE Terminatión DE Sérvicio)

For 558 FRIENDSHIP DR, HONEY BROOK    PA 19344
Account Number: ████5058

Service will be shut off for nonpayment of bills on or after
**8:00 AM on April 3, 2025.**

---

Dear Customer & Occupants of 558 FRIENDSHIP DR, HONEY BROOK    PA 19344

**We don't want you to lose service.** If you are able, pay the past due amount of $9,095.18 or the amount due on your agreement immediately. If you can't pay your bill in full, we offer payment arrangements and programs that may help lower your bill and prevent service interruption.

**Please contact us immediately to prevent service interruption.** You can reach a friendly PPL customer service representative at 800-358-6623, or you can visit pplelectric.com for payment agreement information, applications to customer assistance programs, and other easy self-service options. *Sérvicio disponible en espanol.*

You can also write to us at 827 Hausman Rd, Allentown PA 18104, but mail delivery time can be unpredictable. Call us or use our online services to prevent delay.

**If your service is shut off,** you'll need to contact us to arrange reconnection. You might be required to pay the following before service can be turned back on:
(Note: Reconnection can take up to 7 days)

- Past Due Bill           $9,095.18
- Security Deposit        $0.00
- Reconnection Fee        $14.00
- Any other bills that have gone past due since this notice was mailed

**Responsible Party:** All adults listed on the mortgage, deed, or lease are considered "customers" and are responsible for the electric bill. If service is shut off, any adult living in the home may be required to pay all or a portion of the bill that accrued while they were there if they would like the service turned back on.