

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| Matthew T. Minarik, | Case No. 25-10193-pmm |
|---|---|
| *Debtor*. | Chapter 7 |

## Certificate of Service

I, Michael I. Assad, certify that on March 25, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Sanctions for Violation of the Automatic Stay by PPL Electric Utilities Corporation

- Notice of Motion, Response Deadline, and In-Person Hearing Date

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 25, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| PPL Electric Utilities Corporation<br>827 Hausman Road<br>Allentown, PA 18104 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

**Jennifer Phillips**

| | |
|---|---|
| **From:** | Instant Fax <donotreply@fax.instant-fax.com> on behalf of Instant Fax |
| **Sent:** | Tuesday, March 25, 2025 9:44 AM |
| **To:** | jennifer@sadeklaw.com |
| **Subject:** | Outbound Fax Notification: Matthew T. Minarik- 558 Friendship Drive, Honey Brook, PA |

# Fax Notification

Your fax to 14846343713 has been sent successfully! Successful delivery of your fax was confirmed at 9:44:11 AM EDT on 03/25/25. 17 page[s] were transmitted in your fax.

1