

Michael Assad <michael@sadeklaw.com>

### Fw: Important message about your account

**Matt Minarik** <mattminarik31@gmail.com>  Thu, Apr 3, 2025 at 11:28 AM
To: Michael Assad <michael@sadeklaw.com>

v/r,
Matt Minarik

Get Outlook for iOS

**From:** PPL Customer Service <customerservice@pplweb.com>
**Sent:** Thursday, April 3, 2025 10:22 AM
**To:** matt.minarik31@gmail.com <matt.minarik31@gmail.com>
**Subject:** Important message about your account

Home   My Account   Ways to Save   About Us   |   Sign in



### PPL Past Due Notification

Your account XXXXX-05058 is past due, and you are scheduled to be turned off on 04/16.

To avoid this, pay your balance by clicking here: https://www.pplelectric.com/.

A service shut-off notice has been mailed in conjunction with this notification.

**Please do not reply to this automated email. This mailbox is not monitored.**

Please visit the PPL Electric Utilities website for the latest news and services.

**Questions?** You may also contact PPL Electric Utilities Customer Service by calling 1-800-DIAL-PPL (1-800-342-5775).

To ensure delivery of important email messages regarding your account, add CustomerService@pplweb.com to your address book.

Interact with us

Unsubscribe to no longer receive PPL alerts.

Privacy Policy   |   Terms and Conditions   |   © 2025 PPL Electric Utilities Corporation

