# Google Finance

NYSE: PPL

**EXHIBIT F**

HOME / PPL • NYSE

## PPL Corp

Follow    Share

# $34.46   ↑ 6.16%   +2.00 YTD

After Hours: $34.46  (0.00%)  0.00
Closed: Apr 4, 4:49:10 PM UTC-4 · USD · NYSE · Disclaimer

1D  5D  1M  6M  **YTD**  1Y  5Y  MAX

[Chart showing PPL stock price from Jan 2025 to Apr 2025, ranging from about 31.00 to 37.00]

🔍 Compare to

| Nu Holdings Ltd | Ameren Corp | NVIDIA C... |
|---|---|---|
| $9.60 | $95.79 | $94.3... |
| NU  ↓ 7.34% | AEE  ↑ 7.46% | NVDA |

Stock
US listed security
US headquartered

PREVIOUS CLOSE    $36.23
DAY RANGE    $34.2... – $3...
P/E RATIO    28.78
DIVIDEND YIELD    3.16%
PRIMARY EXCHANGE    NYSE

## About

PPL Corporation is an energy company headquartered in Allentown, Pennsylvania in the Lehigh Valley region of eastern Pennsylvania. The company is publicly traded on the New

## Financials

### Income Statement

Quarterly  **Annual**



| (USD) | 2024 ⓘ | Y/Y CHANGE |
|---|---|---|
| Revenue | 8.46B | ↑1.80% |
| Operating expense | 1.70B | ↑0.36% |
| Net income | 888.00M | ↑20.00% |
| Net profit margin | 10.49 | ↑17.87% |
| Earnings per share | 1.69 | ↑5.62% |
| EBITDA | 3.16B | ↑3.50% |
| Effective tax rate | 20.43% | — |

## Balance Sheet

Quarterly Annual

York Stock Exchange as NYSE: PPL and is part of the S&P 500. As of 2022, the company had $7.9 billion in revenue, 6,500 employees, over $37 billion in assets, and serves 3.6 million customers. Wikipedia

| | |
|---|---|
| CEO | Vincent Sorgi |
| FOUNDED | Jun 4, 1920 |
| HEADQUARTERS | Allent<br>Pennsylv<br>Ur<br>St |
| WEBSITE | pplweb.com |
| EMPLOYEES | 6,653 |

- Total assets   ● Total liabilities

| (USD) | 2024 | Y/Y CHANGE |
|---|---|---|
| Cash and short-term investments | 306.00M | ↓ -7.55% |
| Total assets | 41.07B | ↑ 4.67% |
| Total liabilities | 26.99B | ↑ 6.68% |
| Total equity | 14.08B | — |
| Shares outstanding | 738.29M | — |
| Price to book | 1.90 | — |
| Return on assets | 2.81% | — |
| Return on capital | 3.72% | — |

## Cash Flow

Quarterly    **Annual**

2020   2021   2022   2023   2024

● Net change in cash

| (USD) | 2024 | Y/Y CHANGE |
|---|---|---|
| Net income | 888.00M | ↑ 20.00% |
| Cash from operations | 2.34B | ↑ 33.11% |

PPL $34.46 (▼4.89%) PPL Corp | Google Finance                                                                                                    4/4/25, 6:54 PM

| | | |
|---|---|---|
| Cash from investing | -2.82B | ↓ -18.25% |
| Cash from financing | 435.00M | ↓ -33.08% |
| Net change in cash | -43.00M | ↓ -272.00% |
| Free cash flow | -600.38M | ↑ 0.02% |