## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew T. Minarik,<br><br>                        *Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

## ORDER

**AND NOW**, upon consideration of the First Amended Motion for Sanctions for Violation of the Automatic Stay by PPL Electric Utilities Corporation ("the Creditor") filed by Debtor Matthew T. Minarik, after notice and hearing, and for the reasons stated at the hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Creditor is **HELD IN CONTEMPT** for repeatedly violating the automatic stay.

3. The Creditor **MUST PAY** the Debtor actual damages in the amount of $25,000.00 for injuries incurred because of the Creditor's violation of the automatic stay.

4. The Creditor **MUST PAY** the Debtor punitive damages in the amount of $125,000.00 to deter similar misconduct.

5. The Creditor **MUST PAY** all damages above in full within fourteen days after the entry of this Order by UPS, FedEx, USPS Priority Mail, or hand-delivery, care of the Debtor's attorney: Sadek Law Offices, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102.

6. The Creditor **MUST PAY** the Debtor's attorney all reasonable attorney's fees and costs incurred by the Debtor in bringing the Motion and enforcing the automatic stay.

7. The Debtor's attorney must file an application for compensation and reimbursement of expenses within fourteen days after the entry of this Order in the manner prescribed by Local Bankr. R. 2016-1. Upon approval by the Court, the Creditor **MUST PAY** all attorney's fees and costs awarded in full within fourteen days.

8. The Court retains jurisdiction to enforce and interpret this Order

Date:    _____
Patricia M. Mayer
U.S. Bankruptcy Judge

2