UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| *IN RE:* | ) | |
| | ) | |
| MATTHEW T. MINARIK, | ) | Case No. 25-10193-pmm |
| | ) | Chapter 7 |
| Debtor | ) | |

## **ORDER**

AND NOW this _____ day of _____, 2025, upon consideration of Debtor's
Motion for Sanctions for Violation of the Automatic Stay and PPL Electric Utilities Corporation's
Response thereto, it is

ORDERED that Debtor's Motion for Sanctions for Violation of the Automatic Stay is
DENIED.

_____
Bankruptcy Judge