United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-10193-pmm
Matthew T. Minarik  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Apr 18, 2025 | Form ID: 318 | Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew T. Minarik, 558 Friendship Drive, Honey Brook, PA 19344-1104 |
| 14969136 | + | Ccb/onepro, Po Box 513717, Los Angeles, CA 90051-3717 |
| 14969137 | + | Chester Co. Solid Waste Auth., 4718 Kutztown Rd, Temple, PA 19560-1550 |
| 14969138 | | Chrysler Capital, Attn: Bankruptcy, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14969142 | + | EZ Pass Pennsylvania, 300 East Park Drive, Harrisburg, PA 17111-2729 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 19 2025 00:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2025 00:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14969132 | | EDI: AAFES | Apr 19 2025 04:48:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 14969133 | | Email/Text: rm-bknotices@bridgecrest.com | Apr 19 2025 00:59:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 14969134 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 19 2025 00:58:05 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 14969139 | | Email/Text: cfcbackoffice@contfinco.com | Apr 19 2025 00:58:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808-2930 |
| 14969135 | | EDI: CAPITALONE.COM | Apr 19 2025 04:48:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14969136 | ^ | MEBN | Apr 19 2025 00:53:45 | Ccb/onepro, Po Box 513717, Los Angeles, CA 90051-3717 |
| 14969140 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 01:02:05 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14969141 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 19 2025 01:02:17 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 14969143 | | Email/Text: argbsref@geico.com | Apr 19 2025 00:58:00 | Geico, 1 GEICO Plaza, Bethesda, MD 20810-0001 |
| 14969144 | ^ | MEBN | Apr 19 2025 00:53:42 | H&R Block/Pathward/Emerald Fncl, Attn: Bankruptcy, PO Box 30674, Salt Lake City, UT 84130-0674 |
| 14969145 | | EDI: CAPITALONE.COM | Apr 19 2025 04:48:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 318 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14969146 | | Email/Text: bk@lendmarkfinancial.com | Apr 19 2025 00:58:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14969147 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 01:02:04 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14969148 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 01:02:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14969149 | | EDI: MAXMSAIDV | Apr 19 2025 04:48:00 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14969150 | ^ | MEBN | Apr 19 2025 00:53:08 | Ncb Management Services, Attn: Bankruptcy, 1 Allied Dr, Trevose, PA 19053-6945 |
| 14969151 | | EDI: AGFINANCE.COM | Apr 19 2025 04:48:00 | Onemain Financial, Attn: Bankruptcy, PO Box 142, Evansville, IN 47701-0142 |
| 14969152 | ^ | MEBN | Apr 19 2025 00:53:35 | PPL, 2 N 9th St, Allentown, PA 18101-1139 |
| 14969153 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 19 2025 00:58:05 | Progressive, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 14969154 | | EDI: WTRRNBANK.COM | Apr 19 2025 04:48:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14969155 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 01:02:11 | WEBBANK FINGERHUT, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Matthew T. Minarik brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor PPL Electric Utilities Corporation dsmillie@flblaw.com  ccharlton@flblaw.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 318 | Total Noticed: 27 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Matthew T. Minarik<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1098<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–10193–pmm | |

## Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew T. Minarik

4/17/25                                                                               **By the court:**   Patricia M. Mayer
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                          **Order of Discharge**                                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2