

**Lisa Norden**
VP-Customer Service

**PPL Electric Utilities**
827 Hausman Road
Allentown, PA 18104
Tel. 1-800-342-5775

April 4, 2025

Mr. Matthew T. Minarik
558 Friendship Drive
Honey Brook, PA 19344

Dear Mr. Minarik,

I am writing on behalf of PPL Electric Utilities Corporation ("PPL Electric") to acknowledge, and apologize for, your customer service experience regarding the termination notice sent to you in error on April 2, 2025.

As the Vice President of Customer Services at PPL Electric, I appreciate you bringing your experience to our attention. PPL Electric prides itself on providing exceptional customer service and strives to respond quickly to the needs and concerns of our valued customers. A crucial aspect of achieving those goals is being responsive to communications and notices sent into our Customer Service Center. Unfortunately, in this instance our ability to promptly address your concerns was due to a delay in receipt of a notice, which had been mailed to our prior address.

Please be advised that as of April 3, 2025, your account has been removed from collections processing, including removal of any pending termination orders. Your account has also had a hold placed on it, so that we can appropriately process your bankruptcy, and no further collection activity will occur on your pre-petition debt.

Sincerely,

*Lisa Norden*

Lisa Norden
Vice President, Customer Services