UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*IN RE:*                )
                        )
MATTHEW T. MINARIK,     )     Case No. 25-10193-pmm
                        )     Chapter 7
    Debtor              )

## **ORDER**

AND NOW this _____ day of _____, 2025, upon consideration of Debtor's Motion for Sanctions for Violation of the Automatic Stay and PPL Electric Utilities Corporation's Response thereto, it is

ORDERED that Debtor's Motion for Sanctions for Violation of the Automatic Stay is DENIED.

_____
Bankruptcy Judge