**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 7** |
| **Matthew T. Minarik,** | : | |
| Debtor. | : | **Case No. 25-10193 (PMM)** |

## SCHEDULING ORDER

**AND NOW**, upon consideration of the Debtor's Amended Motion for Sanctions for Violation of the Automatic Stay (doc. #19, the "Motion") and PPL Electric's Objection thereto (doc. #21);

AND an evidentiary hearing with regard to the Motion having been held on May 13, 2025;

AND for the reasons stated at the hearing, it is hereby **ordered** that:

1) The Debtor shall file a brief with regard to the impact of <u>Sec. & Exch. Comm'n v. Jarkesy</u>, 603 U.S. 109 (2024) on his request for punitive damages by **July 1, 2025**; and

2) Creditor PPL Electric shall file a response to the Debtor's brief on or before **August 1, 2025**.

Dated: 5/14/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge