**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                              : Chapter 7

Matthew T. Minarik                                                                  : Bankruptcy 25–10193–pmm
       Debtor(s)

*NOTICE OF FILING OF TRANSCRIPT*
*AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on May 13, 2025 was filed on June 13, 2025.

The following deadlines apply:

The parties have until 6/20/25 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 7/7/25 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 7/14/25 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 9/11/25 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.

                                       For the Court

Date: 6/13/25                                                                              Timothy B. McGrath
                                                                               Clerk of Court

                                                                               By:Keith R. Borzillo
                                                                                   Deputy Clerk