**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| Matthew T. Minarik, | Case No. 25-10193-pmm |
|---|---|
| *Debtor*. | Chapter 7 |

**Notice of Amendment to Bankruptcy Schedule C (Exemptions)**
**and Notice of Deadline to Object**

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

The law permits debtors to keep certain property as exempt. On July 1, 2025, the Debtor in this case filed an amended Schedule C to claim certain exemptions. The following summarizes the amendment:

| Brief Description of the Property and line on Schedule A/B that lists the property | Current value of the portion you own | Amount of the Exemption you claim | Specific law that allows the exemption |
|---|---|---|---|
| 2017 Mazda Mazda 3<br>Line from *Schedule A/B*: 3.2 | $4,181.50 | $4,181.50 | 11 U.S.C. § 522(d)(2) |

**If you believe that the law does not authorize the new exemption claimed, then on or before Thursday, July 31, 2025, you or your attorney must file an objection.** If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your objection electronically.

If you are not required to file electronically, you must file your objection at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the deadline above. On the same day that you file or mail your objection, you must mail or deliver a copy of the objection to the Debtor's attorney:

>Brad J. Sadek
>Sadek Law Offices, LLC
>1500 JFK Boulevard, Suite 220
>Philadelphia, PA 19102
>215-545-0008
>brad@sadeklaw.com

Date: July 1, 2025