**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Matthew T. Minarik,<br><br>                            *Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

**Certificate of Service**

     I, Brad J. Sadek, certify that on July 1, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Schedule C

- Notice of Amendment to Bankruptcy Schedule C (Exemptions) and Notice of Deadline to Object

     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 1, 2025                                    /s/ Brad J. Sadek
                                                                        Brad J. Sadek
                                                                         Sadek Law Offices, LLC
                                                                         1500 JFK Boulevard, Suite 220
                                                                         Philadelphia, PA 19102
                                                                         215-545-0008
                                                                         brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Bridgecrest Credit Company, LLC 4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Exeter Finance LLC, c/o AIS Portfolio Servic 4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Tax Claim Bureau<br>633 Court Street<br>Second Floor<br>Reading, PA 19601-4300 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Chester Co. Solid Waste Auth.<br>4718 Kutztown Rd<br>Temple, PA 19560-1550 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Chrysler Capital<br>Attn: Bankruptcy<br>1 Allied Dr<br>Trevose, PA 19053-6945 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Credit One Bank N.A.<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| EZ Pass Pennsylvania<br>300 East Park Drive<br>Harrisburg, PA 17111-2729 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

3

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Geico<br>1 GEICO Plaza<br>Bethesda, MD 20810-0001 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| H&R Block/Pathward/Emerald Fncl<br>Attn: Bankruptcy<br>PO Box 30674<br>Salt Lake City, UT 84130-0674 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Kohl's<br>Attn: Credit Administrator<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Navient<br>Attn: Bankruptcy<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Ncb Management Services<br>Attn: Bankruptcy<br>1 Allied Dr<br>Trevose, PA 19053-6945 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Onemain Financial<br>Attn: Bankruptcy<br>PO Box 142<br>Evansville, IN 47701-0142 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Progressive<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd Fl 4<br>Sherman Oaks, CA 91411-2532 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

4

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Target Nb<br>C/O Financial & Retail Services Mailstop<br>PO Box 9475<br>Minneapolis, MN 55440-9475 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| WEBBANK FINGERHUT<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| AAFES<br>Attn: Bankruptcy<br>PO Box 650060<br>Dallas, TX 75265-0060 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Ccb/onepro<br>Po Box 513717<br>Los Angeles, CA 90051-3717 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |