# CarMax

## Consumer Credit Sale

**RETAIL INSTALLMENT CONTRACT**

Contract Number: 78096945
Contract Date: 01/28/2020
Seller: CarMax Auto Superstores, Inc.
Buyer: CAMERON DAVENPORT
Co-Buyer: MATTHEW THOMAS MINARIK

Address: 1457 MANHEIM PIKE
Buyer Address: 558 FRIENDSHIP DR
Co-Buyer Address: 558 FRIENDSHIP DR

In this Contract, the words "you" and "your" mean anyone signing this Contract as a Buyer or Co-Buyer. The words "we", "us", and "our" mean the Seller or anyone to whom the Seller transfers its rights under this Contract. You understand that you may buy the Vehicle described below for cash or credit. By signing this Contract, you choose to buy the Vehicle on credit under the terms and conditions on all pages of this Contract. If there is more than one Buyer, you are each individually liable to us for any amount due under this Contract.

**EXHIBIT B**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $3,000.00 |
|---|---|---|---|---|
| 17.50 % | $ 9,281.22 e* | $ 14,645.82 | $ 23,927.04 | $ 26,927.04 e* |

*e means an estimate

**Your Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 72 | $ 332.32 | Monthly, beginning Mar 13, 2020 |

**Security.** You are giving a security interest in the motor vehicle being purchased.

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 2% on the portion of the past due payment amount.

**Prepayment.** If you pay amounts owed under this Contract early, you will not have to pay a penalty.

**Additional Information.** See the remainder of this Contract for additional information about nonpayment, default, any required repayment in full before the scheduled due date, prepayment refunds, and security interests.

**Optional GAP Waiver Agreement (GAP contract).** A GAP contract is a debt cancellation agreement. It is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. The charge for a GAP contract is in item D.1. Your GAP contract is a part of this Contract. See your GAP contract for details on the protection it provides.

Term ___N/A___ (in months)

I want the optional GAP contract.
Buyer Signs: _____

You agree to buy and we agree to sell you the following Vehicle:
Year/Make/Model: 2017 MAZDA MAZDA3
VIN: 3MZBN1U70HM118482
New ___  Used _X_

The primary purpose and use for which you are purchasing the Vehicle is:
Personal, Family, or Household _X_
Business or Commercial ___  Agricultural ___

As part of this transaction, you sold the following vehicle(s) to Seller as a "Trade-In":
Year/Make/Model: N/A
VIN: N/A

Year/Make/Model: N/A
VIN: N/A

### YOUR PROMISE TO PAY

You agree to pay us the Amount Financed and Finance Charge provided for in this Contract according to the Payment Schedule above. This is a simple finance charge contract. This means we will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. The Finance Charge, Total of Payments, and Total Sale Price shown above are based on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Also, if you pay late it is likely that your final payment will be larger than originally scheduled. You must make your payments to the Seller at the address shown above. If this Contract is transferred, you agree to make your payments to the subsequent holder of this Contract (Assignee) at the address provided by the Assignee or Seller.

### ITEMIZATION OF AMOUNT FINANCED

| A. | CASH PRICE | | |
|---|---|---|---|
| 1. | Cash Price of Vehicle | $ | 14,998.00 |
| 2. | Cash Price of CarMax Accessories | $ | 0.00 |
| 3. | Sales / Excise Tax | $ | 983.82 |
| 4. | Other: N/A | $ | 0.00 |
| 5. | Other: CarMax Document Prep Charge | $ | 120.00 |
| 6. | Total Cash Price [1 through 5] | $ | 16,101.82 |
| B. | DOWNPAYMENT | | |
| 1. | Cash Downpayment | $ | 3,000.00 |
| 2. | Credit From "Trade-In" Sold to CarMax | | |
| | a. Value of "Trade-In" | $ | 0.00 |
| | b. Proceeds from "Trade-In" Retained by Buyer | $ | 0.00 |
| | c. Pay-Off of "Trade-In" | $ | 0.00 |
| | d. Net Value of "Trade-In" [a minus b minus c, if negative, enter "0" and see line D.4. below] | $ | 0.00 |
| 3. | Other: N/A | $ | 0.00 |
| 4. | Total Downpayment [1 through 3] | $ | 3,000.00 |
| C. | UNPAID BALANCE OF CASH PRICE [A minus B] | $ | 13,101.82 |
| D. | OTHER CHARGES INCLUDING AMOUNTS PAID TO OTHERS ON YOUR BEHALF | | |
| 1. | Optional GAP Waiver Agreement | $ | 0.00 |
| 2. | To Public Officials | | |
| | a. To PA DOT for Title Fee | $ | 55.00 |
| | b. To PA DOT for Lien Fee | $ | 26.00 |
| | c. To PA DOT for Registration Fee | $ | 38.00 |
| | d. To PA DOR for Tire Fee | $ | 1.00 |
| | e. N/A | $ | 0.00 |
| | f. PA DOT for Temporary Registration Fee | $ | 15.00 |
| | g. N/A | $ | 0.00 |
| | h. N/A | $ | 0.00 |
| 3. | To Consumer Program Administrators, Inc. for Optional Extended Service Contract | $ | 1,399.00 |
| 4. | To N/A for Pay-Off of the "Trade-In" where Pay-Off exceeds value of "Trade-In" [B(2)(c) minus B(2)(a)] | $ | 0.00 |
| 5. | To CVR for On-line Registration Fee | $ | 10.00 |
| 6. | To N/A | $ | 0.00 |
| 7. | Total of Other Charges and Amounts Paid to Others on Your Behalf [1 through 6] | $ | 1,544.00 |
| E. | AMOUNT FINANCED [C plus D] | $ | 14,645.82 |
| F. | FINANCE CHARGE | $ | 9,281.22 |
| G. | TOTAL OF PAYMENTS – TIME BALANCE [E plus F] | $ | 23,927.04 |

*Seller may retain a portion of this amount. If you do not meet your Contract obligations, you may lose your Vehicle.

This Contract has 4 pages, plus any optional GAP Waiver Agreement. This is Page 1. By initialing below you represent that you have read and agree to all provisions on all pages.

Buyer's Initials _CD_      Co-Buyer's Initials _MM_

Business ID: RIC9036
Order #: 319268
Revision Date: 09/18

carmax.com

01/28/2020 07:32 pm 1 of 1
DMS Tracking #: 1584537    Reprint #: 0
MIS ID: 783911    Legal: TW


