### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew T. Minarik,<br><br>                             *Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

### Order Compelling Correction of Vehicle Title

**AND NOW**, upon consideration of the Motion to Compel Correction of Vehicle Title filed by Debtor Matthew T. Minarik, and after notice and opportunity for hearing, the Court finds that:

A. The 2017 Mazda 3, VIN 3ZBN1070H11318482 (the "Vehicle"), is co-owned by the Debtor and Cameron Davenport, free and clear of any liens.

B. Chapter 7 Trustee Christine C. Shubert does not hold a lien on the Vehicle, and her inclusion as lienholder on the certificate of title is erroneous.

For those reasons, and for other good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Pennsylvania Department of Transportation is directed to issue and deliver a corrected certificate of title to Matthew T. Minarik and Cameron Davenport, free and clear of any lienholder designation, on or before the fourteenth day after entry of this order.

3. The Trustee and Exeter Finance LLC are authorized and directed to execute or release any documents in their possession necessary to facilitate correction of the title.

4. The court retains jurisdiction to enforce and interpret this order.

Date:

                                                                      Patricia M. Mayer
                                                                       U.S. Bankruptcy Judge

CC:   Governor's Office of General Counsel
      Department of Transportation
      400 North Street
      Harrisburg, PA 17105-8212

      Exeter Finance LLC
      c/o AIS Portfolio Services
      4515 N Santa Fe Ave. Dept. APS
      Oklahoma City, OK 73118-7901