**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Matthew T. Minarik,<br><br>        *Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

**Certificate of Service**

 I, Michael I. Assad, certify that on July 18, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Compel Correction and Reissue of Vehicle Title

- Amended Notice of Motion

 I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 18, 2025　　　　　　　　　　　/s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　Michael I. Assad
　　　　　　　　　　　　　　　　　　　　Sadek Law Offices, LLC
　　　　　　　　　　　　　　　　　　　　1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　　　michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| US Trustee | U.S. Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Christine Shubert | Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Exeter Finance LLC<br>c/o AIS Portfolio Services<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Governor's Office of General Counsel<br>Department of Transportation<br>400 North Street<br>Harrisburg, PA 17105-8212 | Interested Party | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| David W. Sunday Jr.<br>Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120 | Interested Party | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |