**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Matthew T. Minarik,<br><br>*Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

**Certificate of No Response**

I, Michael I. Assad, certify as follows:

1. Sadek Law Offices LLC has received no answer, objection, or other responsive pleading to the Debtor's Amended Motion to Compel Correction of Vehicle Title filed on July 23, 2025.

2. I have reviewed the docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the notice filed with the motion, objections were to be filed and served on or before August 1, 2025.

3. Chapter 7 trustee Christine C. Shubert has informed me that she does not oppose the amended motion.

4. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

I respectfully request that the Court enter the attached order at its earliest convenience.

Date: August 2, 2025

Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com