## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Matthew T. Minarik,

*Debtor.*

Case No. 25-10193-pmm
Chapter 7

### Order Authorizing and Compelling Trustee
### to Release Erroneous Lien on Vehicle Title

**AND NOW**, upon consideration of the Amended Motion to Compel Correction of Vehicle Title filed by Debtor Matthew T. Minarik, and after notice and opportunity for hearing, the Court finds that:

A. The 2017 Mazda 3, VIN 3ZBN1070H11318482 (the "Vehicle"), is co-owned by the Debtor and Cameron Davenport, free and clear of any liens.

B. Chapter 7 Trustee Christine C. Shubert does not hold a lien on the Vehicle, and her inclusion as lienholder on the certificate of title is erroneous.

For those reasons, and for other good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized and directed to execute the certificate of title for the Vehicle for the sole purpose of releasing the erroneous lien notation.

3. The Trustee must deliver the executed certificate of title to the Debtor on or before the fourteenth day after entry of this order.

4. The court retains jurisdiction to enforce and interpret this order.

Date:

_____
Patricia M. Mayer
U.S. Bankruptcy Judge