United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-10193-pmm
Matthew T. Minarik Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 1
Date Rcvd: Aug 04, 2025  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

**Recip ID      Recipient Name and Address**
db           + Matthew T. Minarik, 558 Friendship Drive, Honey Brook, PA 19344-1104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

**Name**            **Email Address**

BRAD J. SADEK
                    on behalf of Debtor Matthew T. Minarik brad@sadeklaw.com
                    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

CHRISTINE C. SHUBERT
                    christine.shubert@comcast.net  J100@ecfcbis.com

DOUGLAS J. SMILLIE
                    on behalf of Creditor PPL Electric Utilities Corporation dsmillie@flblaw.com  ccharlton@flblaw.com

MICHAEL I. ASSAD
                    on behalf of Debtor Matthew T. Minarik michael@sadeklaw.com  sadeklaw@recap.email

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Matthew T. Minarik,<br><br>                      *Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

**Order Authorizing and Compelling Trustee**
**to Release Erroneous Lien on Vehicle Title**

      **AND NOW**, upon consideration of the Amended Motion to Compel Correction of Vehicle Title filed by Debtor Matthew T. Minarik, and after notice and opportunity for hearing, the Court finds that:

    A. The 2017 Mazda 3, VIN 3ZBN1070H11318482 (the "Vehicle"), is co-owned by the Debtor and Cameron Davenport, free and clear of any liens.

    B. Chapter 7 Trustee Christine C. Shubert does not hold a lien on the Vehicle, and her inclusion as lienholder on the certificate of title is erroneous.

For those reasons, and for other good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized and directed to execute the certificate of title for the Vehicle for the sole purpose of releasing the erroneous lien notation.

3. The Trustee must deliver the executed certificate of title to the Debtor on or before the fourteenth day after entry of this order.

4. The court retains jurisdiction to enforce and interpret this order.

Date:
**August 4, 2025**

                                                  Patricia M. Mayer
                                                  U.S. Bankruptcy Judge