## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew T. Minarik,<br><br>                      *Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

### Withdrawal of Appearance

To the Clerk of Court:

Please withdraw my appearance as attorney for Debtor Matthew T. Minarik in this case.

Date: August 20, 2025

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

### Entry of Appearance

To the Clerk of Court:

Please enter my appearance as attorney for Debtor Matthew T. Minarik in this case.

Date: August 20, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com