#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Matthew T. Minarik., | : | Case No.   25-10193 (PMM) |
| | : | |
| Debtor. | : | |

**AND NOW**, upon consideration of the Debtor's Motion For Sanctions for Violation of the Automatic Stay (doc. # 19, the "Motion") and the Response thereto (doc. # 25);

AND following a hearing on the Motion and the submission of supplemental briefing;

AND for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that:

1) The Motion is **granted in part and denied in part**;

2) Damages in the amount of $20,000.00 are awarded to the Debtor and shall be paid by PPL Electric Utilities Corp. on or before **December 19, 2025**; and

3) Additional fees, including an award of punitive damages, are **denied**.

**Date: 11/17/25**

                                            **PATRICIA M. MAYER**
                                            **U.S. BANKRUPTCY JUDGE**