United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 25-10193-pmm
Matthew T. Minarik | Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 1
Date Rcvd: Nov 17, 2025 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

**Recip ID        Recipient Name and Address**
db            + Matthew T. Minarik, 558 Friendship Drive, Honey Brook, PA 19344-1104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:**

**Name            Email Address**

CHRISTINE C. SHUBERT
            christine.shubert@comcast.net  J100@ecfcbis.com

DOUGLAS J. SMILLIE
            on behalf of Creditor PPL Electric Utilities Corporation dsmillie@flblaw.com  ccharlton@flblaw.com

MICHAEL I. ASSAD
            on behalf of Debtor Matthew T. Minarik michael@sadeklaw.com  sadeklaw@recap.email

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Matthew T. Minarik., | : | Case No.   25-10193 (PMM) |
| | : | |
| Debtor. | : | |

_____

**AND NOW**, upon consideration of the Debtor's Motion For Sanctions for Violation of the Automatic Stay (doc. # 19, the "Motion") and the Response thereto (doc. # 25);

AND following a hearing on the Motion and the submission of supplemental briefing;

AND for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that:

1) The Motion is **granted in part and denied in part**;

2) Damages in the amount of $20,000.00 are awarded to the Debtor and shall be paid by PPL Electric Utilities Corp. on or before **December 19, 2025**; and

3) Additional fees, including an award of punitive damages, are **denied**.

Date: 11/17/25

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE