# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew T. Minarik,<br><br>                                  *Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

## Debtor's Motion to Close Case

Debtor Matthew T. Minarik, through his attorney, respectfully moves this Court for entry of an order closing this case. In support of this motion, the Debtor states as follows:

1. The meeting of creditors under 11 U.S.C. § 341 was held and concluded.

2. The Debtor has received a discharge.

3. The trustee has filed a final report and performed all duties required of her.

4. All contested matters have been resolved by final order.

5. The time for filing a notice of appeal under to any such order under Fed. R. Bankr. P. 8002(a) has expired, and no appeals have been filed.

6. It is appropriate to discharge the trustee and close this case.

**FOR THOSE REASONS**, the Debtor requests that the Court grant relief in the form of order attached, and further in his favor if necessary and proper under the law.

Date: December 4, 2025

                                               **SADEK LAW OFFICES, LLC**
                                               *Attorney for Debtor*

                                               By: /s/ Michael I. Assad
                                                     Michael I. Assad
                                                     1500 JFK Boulevard, Suite 220
                                                     Philadelphia, PA 19102
                                                     215-545-0008
                                                     michael@sadeklaw.com