**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Matthew T. Minarik,<br><br>　　　　　　　　　　*Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

**Order Closing Bankruptcy Case**

　　**AND NOW**, upon consideration of the record in this case, it is hereby **ORDERED** that the trustee is discharged and relieved of any trust, and that this case is **CLOSED**.

Date:

　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge