# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                               Case No. 25-10193-pmm

    Matthew T. Minarik,                       Chapter 7

               Debtor.

**Certificate of No Response**

1. I certify that Sadek Law Offices LLC has received no answer, objection, or other responsive pleading to the Motion to Close Case filed on December 4, 2025.

2. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon.

3. Pursuant to the notice filed with the motion, objections were to be filed and served on or before December 30, 2025.

4. I respectfully request that the proposed order attached to the motion be entered at the Court's earliest convenience.

Date: January 13, 2026                    /s/ Michael I. Assad
                                                         Michael I. Assad (#330937)
                                                         Sadek Law Offices, LLC
                                                         1500 JFK Blvd., Suite 220
                                                         Philadelphia, PA 19102
                                                         215-545-0008
                                                          michael@sadeklaw.com