**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Matthew T. Minarik,<br><br>*Debtor*. | Case No. 25-10193-pmm<br>Chapter 7 |

### Order Closing Bankruptcy Case

**AND NOW**, upon consideration of the record in this case, it is hereby **ORDERED** that the trustee is discharged and relieved of any trust, and that this case is **CLOSED**.

Date: **January 14, 2026**

*Patricia M. Mayer* (signature)

Patricia M. Mayer
U.S. Bankruptcy Judge